# Gordy *v.* The State.

## Assault to Rape.

(Decided Feb. 13, 1908.   45 South. 901.)

1. *Courts; Terms; Judgment.*—A judgment rendered at a term of the court not authorized by law is void for want of jurisdiction.

2. *Criminal Law; Appeal; Judgment to Support.*—A void judgment will not support an appeal.

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

Pettus Gordy was convicted of crime and appeals. Appeal dismissed.

C. E. O. TIMMERMAN, for appellant.—No brief came to the Reporter.

ALEXANDER M. GARBER, Attorney General, for the State.

DENSON, J.—The indictment in this case was found, and the trial and conviction of the defendant were had, at a term of the circuit court for Autauga county held at a time not authorized by law; hence the proceedings were void. The judgment will not support an appeal, and this appeal must be dismissed.—*Louisville & Nashville Railroad Co. v. J. J. Grant,* 153 Ala. 112, 45 South. 226; *Bill Rigsby, alias, etc. v. State,* 153 Ala. 37, 45 South. 227.

Appeal dismissed.

TYSON, C. J., and ANDERSON and McCLELLAN, JJ., concur.